# BURGER GREEN & MIN LLP

Nancy M. Green — 420 Lexington Ave, Ste 2834
Richard Min — New York, New York 10170
Allison L. Rockmore — T. 212.681.6400
Ilysa M. Magnus
Michael Banuchis — 600 Old Country Rd, Ste 410
Samantha N. Jacobson — Garden City, New York 11530
Robert D. Arenstein, *Of Counsel* — T. 516.858.2115

October 4, 2021

**Via ECF**

**MEMO ENDORSED**

Honorable Kenneth M. Karas
United States Courthouse
300 Quarropas Street
White Plains, NY 10601

    Re:    *Webster-Colquhoun v. Colquhoun*
             Case No. 21-cv-7101 (KMK)

Dear Judge Karas:

    This firm represents Petitioner Novia S. Webster-Colquhoun in the above-referenced matter. I am in receipt of the Show Cause Order (ECF No. 9). On October 5, 2021 I am actually engaged in the matter of *Arnaldur Schram v. Tania Zarak*, Case No. 1:21-cv-06524-MKV at the United States District Court for the Southern District of New York on trial for Monday to Wednesday, and then day-to-day afterwards. Therefore I would like to request that the return date of the order be extended until the following week or later. I do not have another attorney in my office that can physically appear in White Plains on October 5th.

    Thank you for your consideration in this matter.

Respectfully Submitted,

*Richard Min*
_____
Richard Min, Esq.

Granted. The return date on the order is extended to 10/12/2021 at 2:00 pm.

SO ORDERED
KENNETH M. KARAS U.S.D.J.

White Plains
October 5, 2021

Website: www.bgmlaw-nyc.com • Email: info@bgmlaw-nyc.com